**Patricia HENKE, Employee/Appellant,**

v.

**INTERLOCK PHARMACY SYSTEMS, INC., Employer/Respondent,**

and

**Continental Casualty Co., Insurer/Respondent.**

No. 72684.

Missouri Court of Appeals, Eastern District, Division Two.

March 24, 1998.

Andrew H. Marty, St. Louis, for Employee/Appellant.

Patrick S. Butler, St. Louis, for Employer/Insurer.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Vicky L. Anthony, Asst. Atty. Gen., St. Louis, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

## ORDER

PER CURIAM.

Claimant appeals from a workers' compensation award issued by the Labor and Industrial Relations Commission.

The order of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

We affirm the order of the Labor and Industrial Relations Commission pursuant to Rule 84.16(b).